■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREA MARTINEZ, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on October 15, 1987, unanimously affirmed. The motion by appellant for an order rejecting respondent's brief is denied. The motion by appellant to enlarge the record on appeal to include certain information is granted. No opinion. Concur—Carro, J. P., Asch, Kassal, Smith and Rubin, JJ.